USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07

*ALL CER) SEMS*

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
_____

21 MC 102 (AKH)

IN RE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER
SITE LITIGATION

**STIPULATION OF DISCONTINUANCE**

This stipulation relates to:

07CV05341
07CV05344
07CV05347
07CV05313
07CV1479
07CV1483
07CV5553
07CV1602
07CV1604
07CV4467
07CV1530
07CV1541
07CV1723
07CV1732
07CV210
06CV15022
06CV13880
06CV8949
05CV1783

_____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action and based on the representation of the within defendant, the above-entitled action be, and the same hereby is discontinued against the defendant **715 Realty Corp.** only without prejudice and without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered which determines that 715 Realty Corp. in fact is a proper party to this suit, that plaintiffs may

reinstitute and recommence the action against **715 Realty Corp.** without regard to the

applicable statute of limitations at any time within two years of the date of filing of this

stipulation of discontinuance.

Dated:    9/14/07

**WORBY, GRONER, EDELMAN &**
**NAPOLIBERN, LLP**
Attorneys for Plaintiff
Office and Post Office Address
115 Broadway, 12th Floor
New York, New York 10006
Telephone: (212) 267-3700

Sandra L. Holihan, Esq.
**SUGARMAN LAW FIRM, LLP**
Attorneys for 715 Realty Corp.
Office and Post Office Address
360 South Warren Street
HSBC Center, Fifth Floor
Syracuse, New York 13202-2680
Telephone:  (315) 474-2943

SO ORDERED:

9-18-07

ALVIN K. HELLERSTEIN
United States District Judge