UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
:
-----------------------------------------------------------------X
LUIS RODRIGUEZ,                        :   07-CV-05313-AKH
:
             Plaintiff,            :
:   **APPEARANCE**
  - against -                        :
:   **ELECTRONICALLY FILED**
110 CHURCH, LLC, *et al.*,             :
:
             Defendants.           :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       January 18, 2008

                        By:    /s/ Judith R. Cohen
                                  _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendant*
                                  MERRILL LYNCH & CO., INC.

DOCSNY-287492