UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER         21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
LUIS RODRIGUEZ

                      Plaintiff,           Index No.: 07 cv 05313

     -against-
                                            **NOTICE OF**
RELATED BPC ASSOCIATES, INC.,                    **APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,                     **ELECTRONICALLY**
THE RELATED REALTY GROUP, INC. and               **FILED**
LIBERTY VIEW ASSOCIATES, L.P.,

                      Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.

Dated:     New York, New York
              January 23, 2008

                                              LONDON FISCHER LLP

                                By:   _____
                                            Gillian Hines Kost (GK-2880)
                                            59 Maiden Lane
                                            New York, New York 10038
                                            Phone:  (212) 972-1000
                                            Fax:  (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC.,** and
**LIBERTY VIEW ASSOCIATES, L.P.**

K: VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance